IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN WOOD,<br>   *Plaintiff,* | : | CIVIL ACTION |
| v. | : | |
| NANCY BERRYHILL,<br>*Acting Commissioner of Social Security,*<br>   *Defendant.* | : | No. 17-5759 |

## ORDER FOR
## REPORT AND RECOMMENDATION

AND NOW, this 13th day of November, 2018, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 11), Defendant's response thereto (Doc. No. 17), Plaintiff's reply (Doc. No. 18), and the administrative record, and after careful consideration of United States Magistrate Judge Jacob P. Hart's Report and Recommendation (Doc. No. 19), to which no objections were filed, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**;

2. The Plaintiff's Request for Review is **GRANTED IN PART and DENIED IN PART**;

3. The matter is **REMANDED** to the Commissioner for further proceedings consistent with Magistrate Judge Hart's Report and Recommendation; and

5. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

GENE E. K. PRATTER
United States District Judge